Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Circle K Stores, Inc.,<br><br>Defendant, | Civil Action No: 17-cv-00400-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled action be dismissed with prejudice each side to bear its own costs and fees.

/ / /

/ / /

**RESPECTFULLY** submitted this 17th day of October, 2017.

| | |
|---|---|
| /s/ Whitney C. Wilcher | /s/ Brian L. Bradford |
| Whitney C. Wilcher, Esq. | Brian L. Bradford |
| THE WILCHER FIRM | OGLETREE DEAKINS NASH |
| Nevada State Bar No. 7212 | SMOAK & STEWART, P.C. |
| 8465 West Sahara Avenue | 3800 Howard Hughes Pkwy., Ste 1500 |
| Suite 111-236 | Las Vegas, NV 89169 |
| Las Vegas, NV 89117 | brian.bradford@ogletree.com |
| Email: wcw@nevadaada.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## **ORDER**

**IT IS SO ORDERED** that this case is dismissed with prejudice with each side bearing its own costs and fees.

Dated this 17 day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT